| | |
|---|---|
| David L. Mortensen (8242) | Cherylyn Egner (#15129) |
| dmortensen@foley.com | cegner@centralutahlaw.com |
| FOLEY & LARDNER LLP | City Attorney |
| 299 South Main Street, Suite 2000 | AMERICAN FORK CITY |
| Salt Lake City, UT 84111 | 233 S. Pleasant Grove Blvd., Suite 202 |
| Telephone: (801) 401-8921 | Pleasant Grove, UT 84062 |
| | Telephone: (801) 443-238 |

*Attorneys for Defendants City of American Fork, David Bunker, and Brad Frost*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UTAH TELECOMMUNICATION OPEN INFRASTRUCTURE AGENCY,<br><br>　　Plaintiff,<br><br>v.<br><br>CITY OF AMERICAN FORK, DAVID BUNKER, in his official capacity as American Fork City Administrator, and BRAD FROST, in his official capacity as American Fork City mayor,<br><br>　　Defendants. | **NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**<br><br>Case No. 2:21-cv-00600<br><br>Judge David B. Barlow<br><br>Magistrate Judge Cecilia Romero |

　　NOTICE IS HEREBY GIVEN that David L. Mortensen of Foley & Lardner LLP appears as counsel for defendants City of American Fork, David Bunker, and Brad Frost in the above-captioned action. Mr. Mortensen is substituting as counsel in the place of Lauren A. Shurman.

　　New counsel does not request any delay in the proceedings. All further notices, inquiries, and copies of pleadings, papers or other material relevant to this action should be directed and served upon:

　　　　David L. Mortensen
　　　　　dmortensen@foley.com
　　　　FOLEY & LARDNER LLP

        299 South Main Street, Suite 2000
        Salt Lake City, UT 84111
        Telephone: (801) 401-8921

DATED:  February 25, 2022.

        FOLEY & LARDNER LLP


        */s/ David L. Mortensen*
        David L. Mortensen

        *Attorneys for Defendants City of American Fork, David Bunker, and Brad Frost*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, a true and correct copy of the foregoing **NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL** was served via Court ECF Filing to the following:

> Juliette P. White
> Robert H. Hughes
> PARSONS BEHLE & LATIMER
> 201 South Main Street, Suite 1800
> Salt Lake City, Utah 84111
> jwhite@parsonsbehle.com
> rhughes@parsonsbehle.com
>
> *Attorneys for Plaintiff UTOPIA*

*/s/ David L. Mortensen*

4881-7087-6433.1                                                                                               114138038.1 0058291-00003