Juliette P. White, USB #9616
Robert H. Hughes, USB #9787
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
ecf@parsonsbehle.com
jwhite@parsonsbehle.com

*Attorneys for Plaintiff UTOPIA*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH TELECOMMUNICATION OPEN INFRASTRUCTURE AGENCY, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF AMERICAN FORK, DAVID BUNKER in his official capacity as American Fork City Administrator, and BRAD FROST in his official capacity as American Fork City Mayor <br><br> Defendant. | **MOTION FOR LEAVE TO FILE OVERLENGTH OPPOSITION TO MOTION TO DISMISS COMPLAINT** <br><br> Case No. 2:21-cv-00600 <br><br> Judge David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

Plaintiff Utah Telecommunication Open Infrastructure Agency ("UTOPIA"), by and through its counsel of record, hereby submits this Motion for Leave to File Over-Length Opposition to Defendants' Motion to Dismiss Complaint. Pursuant to Fed. R. Civ. P. 7 and DUCivR 7-1, Plaintiff respectfully requests that the Court enter an order granting them leave to file an over-length Opposition.

4887-6472-4753.v1

Defendants' Motion to Dismiss Complaint [ECF No. 14] raises multiple challenges under Rule 12(b) to the causes of action set forth in UTOPIA's Complaint. Several of Defendants' arguments implicate complicated areas of law and novel issues for which, in some instances, there is little legal authority directly on point. UTOPIA requires additional pages to address these issues fully, and to ensure that it has adequately explained why each cause of action has been pled with sufficient factual support and/or that the causes of action should not be dismissed as a matter of law. UTOPIA requests up to nine (9) additional pages in its opposition brief. These additional pages are necessary to address the various legal issues raised by Defendants in their Motion to Dismiss Complaint, and to establish why Plaintiff UTOPIA believes that Defendants' have not met their burden. For the foregoing reasons, UTOPIA contends that good cause and exceptional circumstances exist for affording UTOPIA additional pages in its opposition brief. Plaintiff therefore requests up to thirty-four (34) pages (exclusive of cover page, table of contents, table of authorities, and signature block) to respond in full to Defendants' Motion to Dismiss Complaint.

WHEREFORE, Plaintiff UTOPIA respectfully requests leave to file an over-length Opposition to Defendants' Motion to Dismiss, not to exceed thirty-four (34) pages.

DATED: February 28, 2022.

/s/ Juliette P. White
Juliette P. White
PARSONS BEHLE & LATIMER

*Attorneys for Plaintiff UTOPIA*

4887-6472-4753.v1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 28, 2022, a true and correct copy of the foregoing

**MOTION FOR LEAVE TO FILE AN OVER-LENGTH OPPOSITION TO**

**DEFENDANTS' MOTION TO DISMISS** was served via Court ECF Filing to the following:

> David L. Mortensen
> dmortensen@foley.com
> Foley & Lardner LLP
> 299 South Main Street, Suite 2000
> Salt Lake City, UT 84111
>
>
> *Attorneys for Defendants City of American Fork, David Bunker, and Brad Frost*

/s/ *Juliette P. White*
Juliette P. White
PARSONS BEHLE & LATIMER

*Attorneys for Plaintiff UTOPIA*

4887-6472-4753.v1