Juliette P. White, USB #9616
Robert H. Hughes, USB #9787
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
ecf@parsonsbehle.com
jwhite@parsonsbehle.com

*Attorneys for Plaintiff UTOPIA*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH TELECOMMUNICATION OPEN INFRASTRUCTURE AGENCY, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF AMERICAN FORK, DAVID BUNKER in his official capacity as American Fork City Administrator, and BRAD FROST in his official capacity as American Fork City Mayor <br><br> Defendant. | **[PROPOSED] ORDER GRANTING LEAVE TO FILE OVER LENGTH OPPOSITION TO MOTION TO DISMISS COMPLAINT** <br><br> Case No. 2:21-cv-00600 <br><br> Judge David Barlow <br><br> Magistrate Judge Daphne A. Oberg |

Plaintiff Utah Telecommunications Open Infrastructure Agency ("UTOPIA") has filed a Motion for Leave to File Over-Length Opposition to Defendants' Motion to Dismiss Complaint. Based on the Motion, and for good cause appearing therefor, the Motion is hereby GRANTED.

Accordingly, UTOPIA is granted leave to file a memorandum in opposition not to exceed a total of 34 pages, exclusive of cover page, table of contents, table of authorities, and signature block.

4857-6343-8097.v1

ENTERED this ___ day of _____, 2022.

BY THE COURT:

_____

Magistrate Judge Daphne A. Oberg

4857-6343-8097.v1