IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UTAH TELECOMMUNICATION OPEN INFRASTRUCTURE AGENCY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF AMERICAN FORK, DAVID BUNKER in his official capacity as American Fork City Administrator, and BRAD FROST in his official capacity as American Fork City Mayor<br><br>Defendant. | ORDER GRANTING [24] MOTION FOR LEAVE TO FILE OVER LENGTH OPPOSITION TO MOTION TO DISMISS COMPLAINT<br><br>Case No. 2:21-cv-00600<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Plaintiff Utah Telecommunications Open Infrastructure Agency ("UTOPIA") has filed a Motion for Leave to File Over-Length Opposition to Defendants' Motion to Dismiss Complaint.[1] Based on the Motion, and for good cause appearing therefor, the Motion is hereby GRANTED.

Accordingly, UTOPIA is granted leave to file a memorandum in opposition not to exceed a total of 34 pages, exclusive of cover page, table of contents, table of authorities, and signature block.

Dated February 28, 2022.

BY THE COURT:

_____
David Barlow
United States District Judge

---

[1] ECF no. 24.