David L. Mortensen (#8242)
   Email: dmortensen@foley.com
Tanner B. Camp (#17805)
   Email: tcamp@foley.com
FOLEY & LARDNER LLP
299 S. Main Street, Suite 2000
Salt Lake City, UT 84111
Telephone: (801) 401-8900
Fax: (385) 799-7576

*Attorneys for Defendants American
Fork, David Bunker, and Brad Frost*

# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| UTAH TELECOMMUNICATIONS OPEN INFRSTRUCTURE AGENCY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF AMERICAN FORK, DAVID BUNKER in his official capacity as American Fork City Administrator, and BRAD FROST in his official capacity as American Fork City Mayor,<br><br>Defendants. | **STIPULATED MOTION TO EXTEND DEFENDANTS' TIME TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**<br><br>Case No. 2:21-cv-00600<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendants City of American Fork, David Bunker, and Brad Frost (collectively, "American Fork") move the Court to extend their deadline to file a reply in support of their Motion to Dismiss, filed January 3, 2022 (ECF No. 14). Plaintiff's counsel agreed to the requested extension by email on March 3, 2022.

Good cause exists for this extension because American Fork needs additional time to address the issues and arguments raised in Plaintiff's Opposition to Motion to Dismiss (ECF

No. 25). Also, American Fork's counsel recently switched firms and has experienced delays and logistical challenges associated with that move. The current deadline to file the reply is March 14, 2022. American Fork seeks an additional 14 days to file the reply, up to and including March 28, 2022.

A proposed order is submitted contemporaneously with this motion.

DATED:  March 4, 2022            **FOLEY & LARDNER LLP**

/s/ *David L. Mortensen*
David L. Mortensen
Tanner B. Camp

*Attorneys for Defendants American Fork, David Bunker, and Brad Frost*

DATED:  March 4, 2022            **PARSONS BEHLE & LATIMER**

/s/ *Juliette P. White* (inserted with permission)
Juliette P. White

*Attorneys for Plaintiff UTOPIA*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2022, a copy of the foregoing **MOTION TO EXTEND DEFENDANTS' TIME TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS** was served via the Court's ECF filing system on the following:

Juliette P. White
Robert H. Hughes
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
jwhite@parsonsbehle.com
rhughes@parsonsbehle.com

*Attorneys for Plaintiff UTOPIA*

/s/ *Rose Gledhill*