David L. Mortensen (#8242)
   Email: dmortensen@foley.com
Tanner B. Camp (#17805)
   Email: tcamp@foley.com
FOLEY & LARDNER LLP
299 S. Main Street, Suite 2000
Salt Lake City, UT 84111
Telephone: (801) 401-8900
Fax: (385) 799-7576

*Attorneys for Defendants American Fork, David Bunker, and Brad Frost*

## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| UTAH TELECOMMUNICATIONS OPEN INFRSTRUCTURE AGENCY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF AMERICAN FORK, DAVID BUNKER in his official capacity as American Fork City Administrator, and BRAD FROST in his official capacity as American Fork City Mayor,<br><br>Defendants. | **[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS' TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**<br><br>Case No. 2:21-cv-00600<br><br>Judge David Barlow<br><br>Magistrate Cecilia M. Romero |
|---|---|

Based on the parties' stipulated motion, and good cause appearing, it is hereby ORDERED that defendants City of American Fork, David Bunker, and Brad Frost shall have up to and including March 28, 2022 to file a reply in support of their motion to dismiss in this matter.

ENTERED the ___ day of March, 2022

BY THE COURT:

_____
The Honorable David Barlow
United States District Judge

Approved as to Form by:

/s/ *Juliette P. White* (inserted with permission)
Juliette P. White
PARSONS BEHLE & LATIMER

*Attorneys for UTOPIA*