# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| UTAH TELECOMMUNICATIONS OPEN INFRASTRUCTURE AGENCY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF AMERICAN FORK, DAVID BUNKER in his official capacity as American Fork City Administrator, and BRAD FROST in his official capacity as American Fork City Mayor,<br><br>　　　　Defendants. | **ORDER GRANTING [29] STIPULATED MOTION TO EXTEND DEFENDANTS' TIME TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**<br><br>Case No. 2:21-cv-00600<br><br>District Judge David Barlow<br><br>Magistrate Cecilia M. Romero |

Based on the parties' stipulated motion,[1] and good cause appearing, it is hereby ORDERED that defendants City of American Fork, David Bunker, and Brad Frost shall have up to and including March 28, 2022 to file a reply in support of their motion to dismiss in this matter.

Dated March 7, 2022.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　David Barlow
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] ECF No. 29.