David L. Mortensen (#8242)
   Email: dmortensen@foley.com
Tanner B. Camp (#17805)
   Email: tcamp@foley.com
FOLEY & LARDNER LLP
299 S. Main Street, Suite 2000
Salt Lake City, UT 84111
Telephone: (801) 401-8900
Fax: (385) 799-7576

*Attorneys for Defendants American Fork, David Bunker, and Brad Frost*

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UTAH TELECOMMUNICATIONS OPEN INFRSTRUCTURE AGENCY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF AMERICAN FORK, DAVID BUNKER in his official capacity as American Fork City Administrator, and BRAD FROST in his official capacity as American Fork City Mayor,<br><br>Defendants. | **MOTION FOR LEAVE TO FILE OVERLENGTH REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>Case No. 2:21-cv-00600<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 7-1(a)(6), defendants City of American Fork, David Bunker, and Brad Frost (collectively, "American Fork") respectfully move this Court for leave to file an overlength Reply in Support of Motion to Dismiss Complaint ("Reply"). The Reply shall not exceed 21 pages in length.

Good cause exists for granting American Fork's motion for leave to file an overlength Reply. Plaintiff Utah Telecommunications Open Infrastructure Agency's ("UTOPIA") opposition to American Fork's motion to dismiss complaint exceeded its page limit and was 34

pages in length. UTOPIA's opposition made several arguments that implicate complicated areas of the law. As such, American Fork needs additional pages to adequately address the substance of UTOPIA's opposition and explain and contextualize the legal authorities discussed therein.

For these reasons, American Fork respectfully requests that the Court grant its request to file an overlength Reply that exceeds the page limit by 11 pages, for a total of 21 pages. This motion is accompanied by a [Proposed] Order Granting Motion for Leave to File Overlength Reply in Support of Motion to Dismiss Complaint.

DATED:  March 28, 2022                                     **FOLEY & LARDNER LLP**

*/s/ David L. Mortensen*
David L. Mortensen
Tanner B. Camp

*Attorneys for Defendants American Fork, David Bunker, and Brad Frost*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2022, a copy of the foregoing **MOTION FOR LEAVE OT FILE OVERLENGTH REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT** was served via the Court's ECF filing system on the following:

Juliette P. White
Robert H. Hughes
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
jwhite@parsonsbehle.com
rhughes@parsonsbehle.com

*Attorneys for Plaintiff UTOPIA*

/s/ Rose Gledhill