David L. Mortensen (#8242)
   Email: dmortensen@foley.com
Tanner B. Camp (#17805)
   Email: tcamp@foley.com
FOLEY & LARDNER LLP
299 S. Main Street, Suite 2000
Salt Lake City, UT 84111
Telephone: (801) 401-8900
Fax: (385) 799-7576

*Attorneys for Defendants American Fork, David Bunker, and Brad Frost*

# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| UTAH TELECOMMUNICATIONS OPEN INFRSTRUCTURE AGENCY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF AMERICAN FORK, DAVID BUNKER in his official capacity as American Fork City Administrator, and BRAD FROST in his official capacity as American Fork City Mayor,<br><br>Defendants. | **ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>Case No. 2:21-cv-00600<br><br>Judge David Barlow<br><br>Magistrate Cecilia M. Romero |

    Based on defendants City of American Fork, David Bunker, and Brad Frost's (collectively, "American Fork") Motion for Leave to File Overlength Reply in Support of Motion to Dismiss Complaint, and for good cause appearing, it is hereby ORDERED that American Fork may file a reply in support of its motion to dismiss complaint that does not exceed 21 pages.

    IT IS SO ORDERED.

2

ENTERED this _____ day of March, 2022

                                              BY THE COURT:

                                              _____
                                              The Honorable David Barlow
                                              United States District Judge