THE UNITED STATES DISTRICT COURT
THE DISTRICT OF UTAH

| | |
|---|---|
| UTAH TELECOMMUNICATION OPEN INFRASTRUCTURE AGENCY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF AMERICAN FORK, DAVID BUNKER in his official capacity as American Fork City Administrator, and BRAD FROST in his official capacity as American Fork City Mayor<br><br>    Defendants. | ORDER GRANTING [14] MOTION TO DISMISS COMPLAINT<br><br>Case No. 2:21-cv-00600<br><br>District Judge David Barlow<br><br>Magistrate Judge Daphne A. Oberg |

Before the court is Defendants' Motion to Dismiss.[1] The court considered the briefing, relevant law, and oral argument presented on July 18, 2022. For the reasons stated on the record, Plaintiff's third cause of action under the Telecommunications Act is dismissed without prejudice. The court declines to exercise supplemental jurisdiction and dismisses the remaining state law claims without prejudice.

Dated July 18, 2022.

BY THE COURT:

David Barlow
United States District Judge

---

[1] ECF No. 14.