David L. Mortensen (#8242)
  Email: dmortensen@foley.com
Tanner B. Camp (#17805)
  Email: tcamp@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: (801) 401-8900
Fax: (385) 799-7576

*Attorneys for Defendants American Fork, David Bunker, and Brad Frost*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| UTAH TELECOMMUNICATIONS OPEN INFRASTRUCTURE AGENCY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF AMERICAN FORK, DAVID BUNKER in his official capacity as American Fork City Administrator, and BRAD FROST in his official capacity as American Fork City Mayor,<br><br>Defendants. | **JOINT MOTION FOR RELIEF FROM DOCKET TEXT ORDER TO COMPLY WITH ORDER TO PROPOSE SCHEDULE [ECF NO. 39]**<br><br>Case No. 2:21-cv-00600<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Plaintiff Utah Telecommunications Open Infrastructure Agency ("UTOPIA") and defendants the City of American Fork, David Bunker, and Brad Frost (together, "American Fork"), through undersigned counsel, hereby move for relief from the Court's Docket Text Order to Comply with Order to Propose Schedule (ECF No. 39) (the "Docket Order") that was issued on September 12, 2022. In support of this motion, the parties represent as follows:

UTOPIA filed its complaint in this matter on October 12, 2021 (ECF No. 2). American Fork moved to dismiss the complaint on January 3, 2022 (ECF No. 14), and the motion was fully

1

briefed on March 28, 2022 (*see* ECF No. 35). On July 18, 2022, the Court granted American Fork's motion to dismiss and dismissed all of UTOPIA's claims without prejudice (ECF No. 38). The parties understand that UTOPIA has ninety (90) days from the date of the order granting the motion to dismiss to seek leave to amend its complaint.

Given the Court's order dismissing UTOPIA's complaint, the parties did not anticipate the Court setting a discovery schedule absent further developments. The parties therefore stipulate and jointly move the Court to relieve them from having to comply with the Docket Text Order unless and until UTOPIA files an amended complaint.

DATED:  September 26, 2022

**FOLEY & LARDNER LLP**

/s/ *David L. Mortensen*
David L. Mortensen
Tanner B. Camp

*Attorneys for Defendants American Fork, David Bunker, and Brad Frost*

DATED: September 26, 2022

**PARSONS BEHLE & LATIMER**

/s/ *Juliette White*
Juliette White
Robert H. Hughes

*Attorneys for Plaintiff UTOPIA*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, a copy of the foregoing **JOINT MOTION FOR RELIEF FROM DOCKET TEXT ORDER TO COMPLY WITH ORDER TO PROPOSE SCHEDULE [ECF NO. 39]** was served via the Court's ECF filing system on the following:

> Juliette P. White
> Robert H. Hughes
> PARSONS BEHLE & LATIMER
> 201 South Main Street, Suite 1800
> Salt Lake City, Utah 84111
> jwhite@parsonsbehle.com
> rhughes@parsonsbehle.com
>
> *Attorneys for Plaintiff UTOPIA*

                                                              /s/ *Rose Gledhill*

4883-0036-4085.4