David L. Mortensen (#8242)
   Email: dmortensen@foley.com
Tanner B. Camp (#17805)
   Email: tcamp@foley.com
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: (801) 401-8900
Fax: (385) 799-7576

*Attorneys for Defendants American Fork, David Bunker, and Brad Frost*

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UTAH TELECOMMUNICATIONS OPEN INFRASTRUCTURE AGENCY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF AMERICAN FORK, DAVID BUNKER in his official capacity as American Fork City Administrator, and BRAD FROST in his official capacity as American Fork City Mayor,<br><br>Defendants. | **ORDER GRANTING JOINT MOTION FOR RELIEF FROM DOCKET TEXT ORDER TO COMPLY WITH ORDER TO PROPOSE SCHEDULE [ECF NO. 39]**<br><br>Case No. 2:21-cv-00600<br><br>Judge David Barlow<br><br>Magistrate Cecilia M. Romero |

Having considered the parties' Joint Motion for Relief from Docket Text Order to Comply with Order to Propose Schedule (the "Motion"), and good cause appearing, the Court hereby GRANTS the Motion and ORDERS that the parties are relieved from filing an attorney planning meeting report and proposed scheduling order unless and until plaintiff UTOPIA files an amended complaint.

4877-9108-6645.1

2

Entered this the ____ day of _____, 2022

                                                BY THE COURT:

                                                _____
                                                The Honorable Cecilia M. Romero
                                                United States Magistrate Judge

Approved as to Form by:

/s/ *Juliette P. White*
Juliette P. White
PARSONS BEHLE & LATIMER

*Attorneys for Plaintiff UTOPIA*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, a copy of the foregoing **[PROPOSED] ORDER GRANTING JOINT MOTION FOR RELIEF FROM DOCKET TEXT ORDER TO COMPLY WITH ORDER TO PROPOSE SCHEDULE [ECF NO. 39]** was served via the Court's ECF filing system on the following:

    Juliette P. White
    Robert H. Hughes
    PARSONS BEHLE & LATIMER
    201 South Main Street, Suite 1800
    Salt Lake City, Utah 84111
    jwhite@parsonsbehle.com
    rhughes@parsonsbehle.com

    *Attorneys for Plaintiff UTOPIA*

                                                /s/ *Rose Gledhill*

4877-9108-6645.1