## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UTAH TELECOMMUNICATIONS OPEN INFRASTRUCTURE AGENCY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF AMERICAN FORK, DAVID BUNKER in his official capacity as American Fork City Administrator, and BRAD FROST in his official capacity as American Fork City Mayor,<br><br>Defendants. | **ORDER GRANTING JOINT MOTION FOR RELIEF FROM DOCKET TEXT ORDER TO COMPLY WITH ORDER TO PROPOSE SCHEDULE [ECF NO. 39]**<br><br>Case No. 2:21-cv-00600-DBB-CMR<br><br>District Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Joint Motion for Relief (the "Motion") (ECF 40) from Docket Text Order (ECF 39) to Comply with Order to Propose Schedule, and good cause appearing, the Court hereby GRANTS the Motion and ORDERS that the deadline to submit an attorney planning meeting report and proposed scheduling order is extended until 14 days after plaintiff UTOPIA files an amended complaint if any.

DATED this 27 September 2022.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah