# The United States District Court

## District of Utah

UTAH TELECOMMUNICATIONS
OPEN INFRASTRUCTURE AGENCY,

      Plaintiff,

v.

CITY OF AMERICAN FORK; DAVID BUNKER in his official capacity as American Fork City Administrator; and BRAD FROST in his official capacity as American Fork City Mayor,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 2:21-cv-00600-DBB-CMR

District Judge David Barlow

IT IS ORDERED AND ADJUDGED

that Plaintiff's action is dismissed with prejudice.

November 7, 2022
*Date*

BY THE COURT:

David Barlow
United States District Judge