# The United States District Court

## District of Utah

UTAH TELECOMMUNICATIONS
OPEN INFRASTRUCTURE AGENCY,

        Plaintiff,

v.

CITY OF AMERICAN FORK; DAVID
BUNKER in his official capacity as
American Fork City Administrator; and
BRAD FROST in his official capacity as
American Fork City Mayor,

        Defendant.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case No. 2:21-cv-00600-DBB-CMR

District Judge David Barlow

IT IS ORDERED AND ADJUDGED

that Plaintiff's federal claim is dismissed with prejudice. The court declines to exercise jurisdiction over the state-law claims.

November 8, 2022

_____
*Date*

BY THE COURT:

_____
David Barlow
United States District Judge